## *United States District Court for the Northern District of Illinois*

Case Number: 08CV2542                     Assigned/Issued By: DAJ

Judge Name: _____              Designated Magistrate Judge: _____

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00      ☐ $39.00      ☐ $5.00

☐ IFP      ☐ No Fee      ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                                      ☐ Alias Summons

☐ Third Party Summons                     ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

_____

_____

(Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
   (Type of Writ)

__1__ Original and __0__ copies on __06/19/08__ as to __ELIZABETH DAVIS__
                                    (Date)

_____

_____