IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RICHARD A. DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 08 CV 2542 |
| | ) |
| ELIZABETH F. DAVIS, individually and | ) |
| as Trustee of the Wilfred E. Davis Trust | ) |
| dated February 7, 1985, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF MOTION**

TO:   No Appearance on Record

On **August 28, 2008 at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Harry D. Leinenwebber in Room 1941, U.S. District Court for the Northern District of Illinois, 219 S. Dearborn, Chicago, Illinois, and shall then and there present **Motion For Service By Special Order Of Court**.

    Respectfully submitted,

    s/ Jerry A. Esrig
    Zaideman & Esrig, P.C.
    10 S. Riverside Plaza, Suite 1020
    Chicago, IL 60606
    312-207-0005
    Attorney for Plaintiff, Richard A. Davis

Jerry A. Esrig
Zaideman & Esrig, P.C.
10 S. Riverside Plaza, Suite 1020
Chicago, IL 60606
312/207-0005